# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lance Sr, Alan G. | Court of Appeals for Veterans Claim | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

625 Indiana NW Ste 900
Washington D.C., 2004

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Stockholder | Lance Land and Livestock, Ltd. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/91 | State of Idaho - Pension upon retirement after age 55 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Rental income from parking space | $900.00 |
| 2. 2015 | PERSI - State of Idaho - Pension upon retirement after age 55 | $23,343.78 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 - Charles Schwab | C | Int./Div. | L | T | | | | | |
| 2. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 3. -AT&T Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 03/17/15 | J | | |
| 4. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 5. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 6. -Briggs & Stratton Corp Common Stock | A | Dividend | | | Buy (add'l) | 07/08/15 | J | | |
| 7. | | | | | Sold | 10/26/15 | J | | |
| 8. -C S X Corp Common Stock | A | Dividend | J | T | | | | | |
| 9. -GE Common Stock | A | Dividend | J | T | | | | | |
| 10. -J M Smucker Company Common Stock | A | Dividend | J | T | | | | | |
| 11. -Johnson & Johnson, Inc Common Stock | A | Dividend | J | T | | | | | |
| 12. -Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 13. -Snyder-Lance, Inc Common Stock | A | Dividend | | | Sold | 10/26/15 | J | | |
| 14. -The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 15. Lance Land & Livestock, LTD. | C | Distribution | L | U | | | | | |
| 16. -Cash, Land, and Buildings | C | Distribution | L | U | | | | | |
| 17. Common Stock Parks America! Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Vanguard | | None | M | T | | | | | |
| 19. -Emerging Mkts Stock Index | | None | J | T | | | | | |
| 20. -Health Care Fund Inv | | None | M | T | | | | | |
| 21. Life Investors: Cash Value Life Insurance | | None | K | T | | | | | |
| 22. ING ReliaStar Life Insurance | | None | J | T | | | | | |
| 23. IRA #3 - Edward Jones | E | Dividend | N | T | Buy (add'l) | 05/10/15 | J | | |
| 24. -Model Core Plus Balanced Toward Income | E | Dividend | N | T | Buy (add'l) | 05/10/15 | J | | |
| 25. Working Interest, Incorr Energy Group LLC, Kimball, NE (Y) | | | | | | | | | |
| 26. Capital One Bank Accounts | A | Interest | K | T | | | | | |
| 27. Union First Market Bank Accounts | A | Interest | J | T | | | | | |
| 28. Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 29. USAA (Formerly Scott & Stringfellow Investment Account) | A | Dividend | J | T | | | | | |
| 30. -Mkt Vctrs Agribusn ETF (Y) | | | | | | | | | |
| 31. -Nuveen Energy MLP ETF (Y) | | | | | | | | | |
| 32. Idaho Central Credit Union | A | Interest | J | T | | | | | |
| 33. US Series I Bonds | A | Interest | J | T | | | | | |
| 34. Gold | | None | J | T | Buy (add'l) | 11/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Waddell & Reed | D | Dividend | M | T | | | | | |
| 36. -WR Advisors Core Investment A | A | Dividend | J | T | | | | | |
| 37. -WR Advisors Dividend Opportunities A | A | Dividend | J | T | | | | | |
| 38. -WR Advisors Energy A | A | Dividend | J | T | Buy (add'l) | 10/19/15 | J | | |
| 39. -Ivy Large Cap Growth A | A | Dividend | J | T | | | | | |
| 40. -Ivy Mid Cap Growth A | A | Dividend | J | T | | | | | |
| 41. -WR Advisors Science and Technology A | A | Dividend | J | T | | | | | |
| 42. -Ivy Small Cap Value A | A | Dividend | J | T | | | | | |
| 43. -WR Advisors Tax-Managed Equity A | A | Dividend | K | T | Sold (part) | 10/19/15 | J | | |
| 44. -WR Advisors Value A | A | Dividend | J | T | | | | | |
| 45. -Ivy Micro Cap Growth A | A | Dividend | J | T | | | | | |
| 46. -Ivy Cundill Global Value A | A | Dividend | J | T | | | | | |
| 47. -Ivy Global Equity Income A | A | Dividend | J | T | | | | | |
| 48. -Ivy International Core Equity A | A | Dividend | J | T | | | | | |
| 49. -WR Advisors Asset Strategy A | | None | K | T | Buy (add'l) | 10/19/15 | J | | |
| 50. -WR Advisors Continental Income A | A | Dividend | K | T | | | | | |
| 51. -Ivy High Income A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ivy Limited - Term Bond A | A | Dividend | J | T | | | | | |
| 53. -WR Advisors Municipal Bond A | A | Dividend | K | T | Sold (part) | 10/19/15 | J | | |
| 54. -WR Advisors Municipal High Income A | A | Dividend | J | | | | | | |
| 55. -WR Advisors Cash Management A | A | Dividend | J | T | Buy (add'l) | 10/19/15 | J | | |
| 56. Wells Fargo Advisors | B | Dividend | M | T | | | | | |
| 57. -Ibbotson Strategic ETF - Conservative Growth & Income Fund | A | Dividend | M | T | | | | | |
| 58. -Working Interest, Plains Marketing LP, Houston, TX | A | Royalty | J | W | | | | | |
| 59. First-Third Bank Account | A | Interest | J | T | | | | | |
| 60. Vanguard - Equity Income Fund Inv | A | Dividend | K | T | Buy | 04/18/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part III: There was no income in 2015 from the sublease of condo.

2. Part IV: There were no reimbursements in 2015.

3. Part VII - Lines 23-24: The funds in this account are not directed by the account holder. The account holder selects a model (Model selected: Model Core Plus Balanced Toward Income) and then has no control of securities or funds held in the account.

4. Part VII - Line 28: Funds were used from this account to purchase the investment in line 60.

5. Part VII - Lines 56-58: The funds in this account are not directed by the account holder. The account holder selects an investment strategy (Ibbotson Strategic ETF - Conservative Growth & Income Fund), and then has no control of securities or funds held in the account.

6. Part VII - Line 60: This was purchased with funds from bank account listed in Line 28.

7. Part VII - Lines 35-55: There was a rebalance of the funds, so there were some additional purchases and partial sales of funds within this IRA. There was no additional cash added to this account, so all of the purchases came from the sales of funds within the IRA. All of the transactions over $1,000 were reported in Section VII. There were no new funds added, and there were no funds fully disposed of.

8. Part VII - Lines 25 & 58: These are the same investment. Line 25 (Incorr Energy Group) name changed to Line 58 (Plains Marketing LP) in 2014, and the Incorr Energy Group name change should have been reported in 2014. Let this serve as an amendment to the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan G. Lance Sr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544